ORIGINAL

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __John Lopez · 459748__
(Name of Plaintiff)    (Inmate Number)

__1181 Paddock Rd. Smyrna, DE 19977__
(Complete Address with zip code)

(2) __N/A__        __N/A__
(Name of Plaintiff)    (Inmate Number)

__N/A__
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Cathy L. Howard__
(2) __Lisa A. Semans__
(3) __State of Delaware__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

FILED
FEB 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06 - 107

(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

✓ Jury Trial Requested — YES

_I request my case to be decided by the jury._

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

① __D. Del. District No. 03-cv-936 GMS; 3rd Cir: No. 05-3476__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • •Yes  • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • •Yes  • •No

C. If your answer to "B" is Yes:

   1. What steps did you take? ___N/A___

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: CATHY L. Howard
   Employed as CLerK at DE Supreme Court
   Mailing address with zip code: 55 the Green  PoBox 476
   Dover, DE  19903

(2) Name of second defendant: LISA A. SEMANS
   Employed as SENIOR COURT CLERK at DE Supreme Court
   Mailing address with zip code: 55 the Green  PO Box 476
   Dover, DE  19903

(3) Name of third defendant: DELAWARE State
   Employed as _____ at _____
   Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

Feb. 10, 2006

\* Continuation of Statement of claim pursuant to 1983 of Feb 10, 2006

— other opinion, the Clerk of the Court, Lisa A. Semans, denied and refused to submit my motion to the Supreme Court and make a decision on my motion. On December 9, 2004, I received a letter from Clerk of the Court, LISA A. SEMANS, explaining to me that the practice of the Court is to not sign their opinions. I started looking at so many opinions by the rest of the Inmate's decisions from the Supreme Court, all those opinions were signed by the Court. How can the Court refuse to sign my opinion? When he or she signed every body else's opinions? In conclusion, the State of Delaware denied my right of access to the Court and I beleive the State of Delaware's employees discriminated against me and punished me because they think when you come from another country, they can do anything against me and violate my rights because they think I won't go to another court. The Clerk of the Court typed this opinion and sent it to me. The Supreme Court never made a decision in my case, that is why this opinion of November 22, 2004 was never signed. That is the reason I am in Court today and I am sentenced to almost 20 years in prison.

Respectfully,

JOHNNY LOPEZ

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On December 16, 2003, I filed a direct appeal to Delaware State Supreme Court. In August 27, 2004, I received a letter from Clerk of the Court Cathy Howard that my case was submitted to the Court on August 27, 2004.

2. In November 22, 2004, it was decided that the Judgement of Superior Court was affirmed. When I reviewed the Supreme Court opinion, I found the decision was not related to my appeal and, also, that decision was not signed.

3. In December 6, 2004, the Clerk of the Court, received my motion that I sent to the Court by Rule 26. When I requested to the Supreme Court to sign the opinion in my appeal as they do Every

— Continued on EXTRA sheets —

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the Court to suspend Cathy L. Howard and Lisa A. Semans' Licenses and reverse and vacate all my convictions including the violation of probation sentences and the State of Delaware pay me Twenty Million dollars

3

2. for all this pain and mental and physical aggravation caused to me and my family because I was in Jail for almost 3 years and I don't know how much longer I will stay in prison. The State never proved I was guilty in

3. any of the charges. I have all the proof I am innocent and I never committed any crimes to be in prison. This was the reason the State never presented my case to the Supreme Court Panel.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10__ day of __February__, 2__006__.

__Johnny Lopez__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M Johnny Lopez
SBI# 459748  UNIT Bldg (2) C8U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
Lockbox 18
844 King Street
U.S. Courthouse
Wilm. DE 19801