OFFICE OF THE CLERK

**MARCIA M. WALDRON**  
CLERK

UNITED STATES COURT OF APPEALS  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA 19106-1790

TELEPHONE  
215-597-2995

April 14, 2006

Peter T. Dalleo, Clerk  
United States District Court  
J. Caleb Boggs Federal Building  
Lockbox 18  
844 King Street  
Wilmington, DE 19801-3570

                                      Lopez vs. Howard  
                                      D. Del. No.1:06-cv-00107-GMS

Dear Mr. Dalleo:

      Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was postmarked April 12, 2006 and should be docketed as of that date.**

      This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

      Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

      Thank you for your assistance in this matter.

                                                    Very truly yours,

                                                    Marcia M. Waldron, Clerk

                                          By:  /s/ Gayle Burr  
                                               Gayle Burr  
                                             Legal Assistant

Enclosure

cc: Mr. Johnny Lopez  #459748 (w/out enclosure)
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE  19977

# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: Civ.No. 06-107-GMS

Johnny Lopez

v.

Cathy L. Howard, Lisa A. Sem___ and STATE OF DELAWARE

DISTRICT COURT JUDGE: Gregory M. Sleet

Notice is hereby given that __Johnny Lopez__ (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ✓ ] Judgment, [ ] Order, [ ] Other (specify) __of dismissal__

entered in this action on __April 10, 2006__ (date)

Dated: __4-11-06__

__Johnny Lopez__
(Counsel for Appellant-Signature)

__Johnny Lopez, pro se__
(Name of Counsel - Typed)

__Delaware Correctional Center__
(Address)

__1811 Paddock Rd Smyrna De 19977__
(City, State Zip)

_____
(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

WILMINGTON DE 197
12 APR 2006 PM 1 L

U.S.M.S.
X-RAY

I/M Johnny Lopez
SBI# 459748   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States Court of Appeals
2400 U.S. Courthouse
601 Market St. Philadelphia, PA
19106