O



**NOTICE OF APPEAL**
**TO**
**U.S. COURT OF APPEALS, THIRD CIRCUIT**

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

*Johnny Lopez*

DISTRICT COURT
DOCKET NUMBER: *Civ.No. 06-107-GMS*

v.

*Cathy L. Howard, Lisa A. Sembsy and STATE OF DELAWARE*

DISTRICT COURT JUDGE: *Gregory M. Sleet*

MICHAEL E. KUNZ, Clerk
By_____
Dep. Clerk

Notice is hereby given that _*Johnny Lopez*_____
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ✓ ] Judgment, [ ] Order,

[ ] Other (specify) _*of dismissal*_____

entered in this action on _*April 10, 2006*___
(date)

Dated: _*4-11-06*___

*Johnny Lopez*_____
(Counsel for Appellant-**Signature**)

*Johnny Lopez, pro sé*_____
(Name of Counsel **Typed**)

*Delaware Corrections / Center*_____
(Address)

*1811 Paddock Rd Smyrna Del 9977*_____
(City, State Zip)

_____
(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

**NOTE:  USE ADDITIONAL SHEETS** if all appellants and/or all counsel for appellees cannot be listed on the
Notice of Appeal sheet.

WILMINGTON DE 197

12 APR 2006 PM 1 L

U.S.M.S.
X-RAY

Office of the Clerk
United States Court of Appeals
21400 U.S. Courthouse
601 Market St., Philadelphia, PA
19106

19106/1730

IM  Johnny Lopez
SBI# 451748  UNIT  21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977