ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHNNY LOPEZ, )
   Petitioner, )
    )
v. ) Case Number 1:06-CV-107(GMS)
    )
Howard et al )
    )
   Respondent. )

FILED
APR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re scanned

   I Johnny Lopez pro sé, I sent a motion to proceed in forma pauperis in Feburary of year 2006. Today is April 11, 2006. I have yet to recieve any information reguarding my motion. In addition I would like to request this honorable court please send me motion for indegent person. I have been incarcated for more than 3 years. I do not recieve any monatary gains, which leaves no way for me to be able to pay court costs.

                                  Sincerely,
                                  Johnny Lopez

                                  Johnny Lopez, Pro sé
                                  Delaware Correctional Center
                                  1811 Paddock Rd
                                  Smyrna De, 19977

cc: Johnny Lopez

04/11/06